## GREEN *v.* AYERS.

APPEAL.— *Vacation of Highway.*—Where, in a proceeding to vacate a highway on the ground that the same is not of public utility, viewers are appointed who report in favor of the petition on the ground stated therein, and, upon objection being made to the vacation, other viewers are appointed, who report against the public utility of the vacation, no appeal lies to the circuit court from the decision of the board of county commissioners overruling a motion, made by one of the petitioners, to set aside the appointment of such other viewers.

APPEAL from the Hendricks Circuit Court.

RAY, J.—Appellant and others filed their petition before the board of commissioners for the county of Hendricks, to have a certain highway vacated, on the ground that the same was not of public utility. Viewers were appointed, who reported in favor of the petition upon the ground stated. The appellee objected to the vacation of the road, and other viewers were thereupon appointed, who reported that it would not be a matter of public utility to have the highway declared vacant. Thereupon the appellant moved the court to set aside the appointment of the last set of

viewers, and, upon the overruling of his motion, appealed to the circuit court, where his appeal was dismissed.

This ruling was correct.  There was no decision of the board of county commissioners which in any way determined the petition of the appellant.  What they would have decided, we cannot anticipate.

The judgment of the circuit court in dismissing the appeal is affirmed, with costs.

*C. C. Nave,* for appellant.

*C. Foley* and *L. M. Campbell,* for appellee.